

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-15-00068-CV

John M. **DONOHUE,**
Appellant

v.

Perla **DOMINGUEZ** and Kevin Nakata, In Their Individual Capacaties,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant's brief was originally due May 29, 2015. On May 27, 2015, appellant filed a motion to extend time to file his brief and asked for a copy of the clerk's record based on his indigent status. On May 29, 2015, we rendered an order granting appellant's requests, ordering this clerk of this court to send appellant a copy of the record and granting him an extension of time to June 18, 2015, to file his brief. Neither the brief nor a motion for extension of time was filed.

We therefore **ORDER** appellant to file, **on or before July 14, 2015,** his brief and a written response reasonably explaining his failure to timely file the brief. If fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.



Keith E. Hottle
Clerk of Court